BRIAN RAPINOE
(Name)
325 S. Melrose dr STE 200
(Address)
Vista CA, 92081
(City, State, Zip)
20944774
(CDCR / Booking / BOP No.)

FILED
JUN 23 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
## Southern District of California

BRIAN JAMES. RAPINOE,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

San Diego Co. Sheriffs Office,
DR. Montgomery,
DR. RAFFI,
DR. ARCY,
(Enter full name of each defendant in this action.)

Defendant(s).

'21CV1162 DMS RBM
Civil Case No.
(To be supplied by Court Clerk)

Complaint under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

______________________________.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, BRIAN JAMES RAPINOE (print Plaintiff's name) ______, who presently resides at 325 S. Melrose dr Ste 200 Vista CA 92081 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Vista Detention Facility (institution/place where violation occurred) on (dates) 2017 (Count 1), 2020 (Count 2), and 2021 (Count 3).

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant San Diego County Sheriff's office resides in San Diego County, (name) (County of residence) and is employed as a SAN Diego County Sheriffs office. This defendant is sued in (defendant's position/title (if any)) his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Acted in a Gross and negligent manner Resulting in a violation of my 8th and 14th Amendments placing an undue amount of cruel & unusual punishment upon me.

Defendant DR. Montgomery resides in San Diego County, (name) (County of residence) and is employed as a Chief Medical officer. This defendant is sued in (defendant's position/title (if any)) his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Acted in a gross and negligent manner which strangled his depts ability to treat and care for the inmates entrusted in his care.

Defendant Dr. Raffi resides in SAN Diego County, (name) (County of residence) and is employed as a Primary Care Physician. This defendant is sued in (defendant's position/title (if any)) his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Acted in gross and negligent manner, breached client, Dr. Confidentiality, ignored her colleques previous protocols, and was criminal in the negligent manner she possed

Defendant Dr. Arcy resides in San Diego, (name) (County of residence) and is employed as a Care Physicians Charge Nurse. This defendant is sued in (defendant's position/title (if any)) his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Acted in a gross & negligent manner & directed her colleges in a conspiracy to deprive me of my 8th & 14th Amendments.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Right to Proper Medical Care, Freedom From cruel & unusual Punishment (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Jan. 1 2017 the San Diego County Sheriffs office Administration & Medical Dept implemented a Policy Dictating a Primary Care Physician mode of treatment in the use of Narcotic Pain Medication. The Policy States the SDSO is a Non-Narcotic facility. Meaning that every inmate before being seen By a Dr. is already denied proper care should his illness and or injury prove otherwise. From 2010-2016 i was treated and prescribed in Accordance w/ the Dr's & Specialists Recommendation. From 2017 until present i have been denied Adequate care in every Facility ive been housed in w/in the SDSO Depts. This Resulted in a further Sustained injury during my Stay in Pelican Bay State Prison, which is located in Del Norte County Ca. Upon Release due to good behavior i followed up w/ Alvarado Medical Hospital. Then the Pan-demic ensued & i found myself back in the San Diego Sheriffs Custody in Nov. 2020. The MRI's, Xray, ortho Consultations, Pain Management Recommendations & Specialists Recommendations Regarding my injuries have been ignored. In Place of my Needed Pain Medication i am instead given high doses of Tylenol & Motrin which exacerbates a pre existing condition of Hepatitis C. Continue

page 3(a)...

C. Cause of action

Count 1. The following right has been violated: Freedom Cruel & Unusual Punishment; Right to proper medical care

Supporting Facts: continue from page 3.
The SDSO & there Primary Medical physicians have previously treated and prescribed the proper medication for these injuries including but not limited too, ACL Tear, ACL Seperation, Lateral Miniscus tear, Advanced osteo arthritis (due in tandem w/ the severity of the most recent injury sustained and lack of adequate care) Current i am using a cane due to mobility impairment & risk of sudden knee dislocations. These instances are extremely painful. Even with all supporting documentation dating back almost 11 years, the San Diego Sheriffs office policy dictates Dr. Montgomerys methods of treatment, Dr. Montgomery in turns orders Dr Raffi & Dr. Arcy to disregard the supporting documentation set forth in my medical file. During my pretrail detainment i am expected to remain in constant pain & risk further damage to an already excerbated (because of there lack of treatment in 2017) injury. This puts my person in a state of constant cruel & unusual punishment

Count 2: The following civil right has been violated: Due Process under PLRA. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Since I have been in Custody i have Submitted numerous grievances Regarding the NON Narcotic policy, lack of proper treatment & care & Medical Negligence & Malpractice, I have Spoke with these officers there Sgts & LTS in my attempt to mediate w/ the Medical Dept. The Grievance process has a hole that even if i am arguing a valid issue, the Recipient of Said grievance can alter my grievance & State it as a Request there by Denying me my Right to the Grievance Process! SGT'S on every team i have discussed this with as well as Dr Rafi & Dr Brown. The dr's state plainly i won't be getting my prescribed medication, i simply ask for a grievance # i reply so i may proceed w/ my procedural Right to they say ok & disregard every further attempt at mediation & consideration. I have brought this as well to Administration LT Jordan & he has attempted to look into to no avail. The Medical Dept Throws away Grievances clearly marked grievances, which makes it impossible to exhaust my Administrative Remedies officer Palumbo, SGT Doyle, LT Jordan, officer Parsons Sgt [illegible], officer Castro & My physiologist Jeanine As well As my previous Doctor Dr. Martinez.

Count 3: The following civil right has been violated: Right to proper medical Care, Breach of DR, Patient Confidentiality, Negligence (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

This has created a condition of confinement that places physical pain ; as well as mental instability in my person which in turn effects my ability to adequately assist in my pretrail court proceeding. How can i be in the Right state of Mind Body ; health if these entrusted with overseeing it are blatantly negligently ; criminal in there actions towards addressing my Medical needs. Dr Raffi ; Dr Brown, have not one time evaluated my knee in an office setting. instead they come to my door in the unit Im housed in and either have the deputy sit me at a table (which allows not even visual inspection of my knee) surrounded by other inmates as my medical needs are discussed. On every occassion i have asked to please just assign me a grievance number, which is never done. I have made every possible overture to remedy this through the proper Administrative channels to no avail. My administrative remedies have been exhausted to me. Lasty due to there other No-cheeking policy they have directed the nursing staff to try and catch me cheeking my phycotropic Medication Wellbutrin so as to discontinue it. I have explained that i take my mediation as prescribed and the nurse told me be careful.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ____________________

Defendants: ____________________

(b) Name of the court and docket number: ____________________

____________________.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ____________________

____________________.

(d) Issues raised: ____________________

____________________

____________________

____________________

____________________.

(e) Approximate date case was filed: ____________________.

(f) Approximate date of disposition: ____________________.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

All forms of Relief avaible to me were exhausted, attempted through the request process, grievance process, medication & orthopedic specialist Consultation but have all been ignored or disregard in a [illegible] neglectful manner.

____________________.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): [illegible] Retaliation on being a/Dr May or May not treat the inmate/patient entrusted in there care. Regardless [illegible] the broken Grievance process under PLRA.
2. Damages in the sum of $ 250,000.
3. Punitive damages in the sum of $ 250,000.
4. Other: Surgery to fix my injuries sustained due to lack of Medical Care.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

5-13-2021
Date

[illegible signature]
Signature of Plaintiff [illegible]

  


# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☒ VDF ☐ FAC8

From: [illegible] [illegible]

*De:* Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☒ Jail Procedures / *Procedimientos de la Cárcel* ☒ Jail Conditions / *Condiciones de la Cárcel* ☐ Medical / *Médico* ☐ PREA ☐ Other / *Otro* [illegible]

Date and Time of Incident / *Fecha y hora del incidente:* [illegible]

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

[illegible]

Inmate Signature / *Firma de Preso* [signature] — 3/20/2021 Date / *Fecha*

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: K. Van [illegible] — 4505 — 3/20/21 — 1615
Signature of receiving staff member — ARJIS # — Date — Time

Entered in JIMS: ____ Date ____ Time ____ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:

- ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
- ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:

- ☐ It is an appeal of discipline—JIMS Incident # ____ JIMS Appeal Hearing # ____
- ☐ It is a complaint against staff—JIMS Incident # ____ (Refer to Detentions P&P Section N.1)
- ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: FORWARDED TO MEDICAL



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☒ VDF ☐ FACB

From: RAPINOE, Brian James — 20944774 — E4 #15
De: Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☒ Jail Procedures / *Procedimientos de la Cárcel* ☒ Jail Conditions / *Condiciones de la Cárcel* ☒ Medical / *Médico* ☐ PREA ☐ Other / *Otro*

Date and Time of Incident / *Fecha y hora del incidente:* Feb 25 2017 to date

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

From 2010 until 2016 my medicals needs were addressed & the prescribed treatment allowed to due to the severity of injury & the corresponding Medical Evidence substantiating my claims (ie MRI & XRAY Past & Post Dr Notes & treatment protocols). Beginning in 2017, Dr Martinez my previous physician w/ the SDSO denied my request for MRI, ortho Consultation, Surgery Consultation & pain Management treatment, Stating the SDSO is a Non Narcotic Facility. My grievance

Inmate Signature / *Firma de Preso* — Date / *Fecha*: 3/15/2021

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: Signature of receiving staff member — ARJIS #: 9453 — Date: 3/16/21 — Time

Entered in JIMS: Date — Time — JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
- ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
- ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
- ☐ It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
- ☐ It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
- ☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: Multiple Request for the Same issue which was addressed. you will be scheduled to see the MD.



# San Diego County SHERIFF'S DEPARTMENT

Constitutionality

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☒ VDF ☐ FAC8

From: / *De:* Rapinoe Brian James — Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)*

20944774 — Booking Number / *Número de ficha*

E-4-13 — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☒ Jail Procedures / *Procedimientos de la Cárcel* ☒ Jail Conditions / *Condiciones de la Cárcel* ☐ Medical / *Médico* ☐ PREA ☐ Other / *Otro* Policy

Date and Time of Incident / *Fecha y hora del incidente:* 2/25/2017 to present

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

I am grieving the dept's policy dictating what I how a Dr entrusted w/ my care is unable to treat me in his or her capacity because of a policy restricting a Dr's ability to prescribe medication deemed to be narcotic in nature. All attempts to resolve this w/ medical staff have been treated as requests even when I specify in requests not to but my right under PLRA to exhaust all admin remedies. This policy directly violates my right to be free from

[signature] — Inmate Signature / *Firma de Preso*

3/20/2021 — Date / *Fecha*

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: K. Van Uncapak — Signature of receiving staff member; 4505 — ARJIS #; 3/20/21 — Date; 1615 — Time

Entered in JIMS: ________ Date ________ Time ________ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ________ JIMS Appeal Hearing # ________
☐ It is a complaint against staff—JIMS Incident # ________ (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: FORWARDED TO MEDICAL
3/22/21 your medical condition has been continually assessed by our providers & specialty clinic. We are following the physician orders.
9453



# San Diego County
# SHERIFF'S DEPARTMENT

E4 | 13

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ VDF ☐ FAC8

From: / *De:*

Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)*

Booking Number / *Número de ficha*

Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☐ Jail Procedures / *Procedimientos de la Cárcel* ☐ Jail Conditions / *Condiciones de la Cárcel* ☐ Medical / *Médico* ☐ PREA ☐ Other / *Otro*

Date and Time of Incident / *Fecha y hora del incidente:* [illegible]

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

Inmate Signature / *Firma de Preso*

Date / *Fecha*

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

| Received by: | | 4523 | 2/16/21 | 1230 |
|---|---|---|---|---|
| | Signature of receiving staff member | ARJIS # | Date | Time |

| Entered in JIMS: | 2/16/21 | 1416 | 214000239 |
|---|---|---|---|
| | Date | Time | JIMS Grievance Number |

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:

- ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
- ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:

- ☐ It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
- ☐ It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
- ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: Forwarded to Medical

Civil Rights Violation Violation of Due Process
Constitutionality

# San Diego County SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☒ VDF ☐ FAC8

From: RAPNOE BRIAN JAMES — 8094[illegible]774 — E-4-13
*De:* Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☒ Jail Procedures / *Procedimientos de la Cárcel* ☒ Jail Conditions / *Condiciones de la Cárcel* ☐ Medical / *Médico* ☐ PREA ☐ Other / *Otro* Policy

Date and Time of Incident / *Fecha y hora del incidente:* 2/25/2017 to present

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

i am grieving the dept's policy dictating what i have A Dr entrusted w/ my care is unable to treat me in his or her capacity because of a policy restricting a Dr's ability to prescribe medications deemed to be Narcotic in nature. All attempts to resolve this w/ medical staff have been treated as requests even when i specify im requesting notice of my right under PLRA to exhaust All Admin Remedies. This policy directly violates my right to be free from

Inmate Signature / *Firma de Preso* — 3/20/2021 Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: K. Van Wuckerak — 4505 — 3/20/21 — 1615
Signature of receiving staff member — ARJIS # — Date — Time

Entered in JIMS: ______ Date ______ Time ______ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
☐ It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: FORWARDED TO MEDICAL
3/22/21 your medical condition has been continually assessed by our providers & specialty clinic. We are following the physician's orders.

J-22 (Rev 1/15) **Original goes to booking jacket** **Copy goes to inmate after being signed by staff member**

2-9453



Original not a Request!

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☒ VDF ☐ FACB

From: RAPINOE, Brian James — 20944774 — E4 #15
*De:* Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures ☒ Jail Conditions ☒ Medical ☐ PREA ☐ Other
*La queja es acerca: Procedimientos de la Cárcel — Condiciones de la Cárcel — Médico — Otro*

Date and Time of Incident / *Fecha y hora del incidente:* Feb 25 2017 to date

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

FROM 2010 until 2016 my medicals needs were addressed & the prescribed treatment adhered to due to the severity of injury & the corresponding Medical Evidence substantiating my claims (ie MRI & XRAY Past & Post Dr Notes & treatment protocols). Beginning in 2017, Dr Martinez my previous physician w/ the SDSO denied my request for MRI, ortho consultation, surgery consultation & pain management treatment, stating the SDSO is a non narcotic facility. My grievance

Inmate Signature / *Firma de Preso* — Date / *Fecha* 3/15/2021

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: Signature of receiving staff member — ARJIS # 9453 — Date 3/16/21 — Time

Entered in JIMS: Date — Time — JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ____ JIMS Appeal Hearing # ____
☐ It is a complaint against staff—JIMS Incident # ____ (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: Multiple Request for the Same issue which was addressed. you will be Scheduled to See the MD.

Inmates are not being allowed the privileges required to be initiated under phase II protocols. Ad-seg inmates have an almost zero infection rate we are isolated. We do not have the basic necessities to fight our case, maintain hygiene, proper nutritional balance, we are not be offered visit (video) non contact or otherwise, hygiene nail clippers, proper medical care, outside recreation. Commissary is not being offered creating an environment both cruel & unusual in practice. Physcatric Services are suspended, Dr. Client confidentiality is being flouted as our medical needs are addressed in a pod setting negating/neglecting & atmosphere of confidentiality, as well in an unsanitary unsafe setting. We are being treated as dogs, neglected & not afforded the privileges set down in your own institutional video. There is no reason to proceed w/ the phase III that effects only inmate

cruel & unusual punishment. The Medical Staff also formed a conspired force between the Dr. Keith Nurse Abey & Dr Montgomery have attempted to silence my Right to Due Process through there chain of over seeing of the Medical Staff and. They are talking of Grievance and not Returning them & neglecting there duty. Please assign this a grievance number & allow me to proceed to a Civil Trail Thank You

Baba [illegible]
2094[illegible]



# San Diego County
# SHERIFF'S DEPARTMENT

E4|13

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☑ VDF ☐ FAC8

From: / *De:*

| Name (Last, First, Middle) *Nombre (Apellido, Primero, Segundo)* | Booking Number *Número de ficha* | Housing Unit *Unidad de alojamiento* |
|---|---|---|
| | | |

Grievance is about: / *La queja es acerca:* ☑ Jail Procedures *Procedimientos de la Cárcel* ☐ Jail Conditions *Condiciones de la Cárcel* ☑ Medical *Médico* ☐ PREA ☐ Other *Otro* ______

Date and Time of Incident / *Fecha y hora del incidente:* [illegible]

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

[illegible]

Inmate Signature / *Firma de Preso* ______ Date / *Fecha* [illegible]

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: [signature] Signature of receiving staff member | 4523 ARJIS # | 2/16/21 Date | 1330 Time

Entered in JIMS: 2/16/21 Date | 1416 Time | 214000239 JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
- ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
- ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
- ☐ It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
- ☐ It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
- ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: Forwarded to Medical

Cruel & unusual punishment. The Medical Staff also formed a conspired trice between the Dr Raffi Nurse Ailey & Dr Montgomery have attempted to silence my Right to Due Process through their directive & over seeing of the Medical Staff are bias. They are taking grievance and not Returning them & neglecting their duty. Please assign this a grievance number & allow me to proceed to a Civil Suit. Thank you

Bryan Ramirez
20914774

Inmates are not being allowed the privileges required to be initiated under phase II protocols. Ad-Seg inmates have an almost zero infection rate we are isolated. We do not have the basic necessities to fight our case, maintain hygiene & proper Nutritional Balance, we are not be offered visit (video) non contact or otherwise, hygiene nail clippers, proper medical care, outside Recreation. Commissary is not Being offered creating an environment of both cruel & unusual to practices. Physciatric Services are suspended, Dr. Client confidentiality is being flouted as our medical needs are addressed in a pod setting negating / neglecting & atmosphere of Confidentiality, as well in an unsanitary unsafe setting. We are being treated as Dogs, neglected & not afforded the privileges set down in Your Own Institutional video. There was no reason to proceed w/ the phase III that affects only Inmate



# San Diego County SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☒ VDF ☐ FAC8

From: [illegible] [illegible] [blank]
*De:* Name (Last, First, Middle) / *Nombre (Apellido, Primero, Segundo)* — Booking Number / *Número de ficha* — Housing Unit / *Unidad de alojamiento*

Grievance is about: / *La queja es acerca:* ☒ Jail Procedures / *Procedimientos de la Cárcel* ☒ Jail Conditions / *Condiciones de la Cárcel* ☐ Medical / *Médico* ☐ PREA ☐ Other / *Otro* [illegible]

Date and Time of Incident / *Fecha y hora del incidente:* [illegible]

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

[illegible handwritten text]

[signature] — 3/20/2021
Inmate Signature / *Firma de Preso* — Date / *Fecha*

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: [signature] — 4565 — 3/20/21 — 1615
Signature of receiving staff member — ARJIS # — Date — Time

Entered in JIMS: ______ Date ______ Time ______ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ______ JIMS Appeal Hearing # ______
☐ It is a complaint against staff—JIMS Incident # ______ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: FORWARDED TO MEDICAL

Vista Detention Facility
[illegible] 
325 S. Melrose Dr. Ste 200
Vista CA 92081

FOREVER / USA
SAN DIEGO P&DC 921
FRI 04 JUN 2021

JUN 21 2021
RECEIVED

Clerk of U.S. District Court
333 West Broadway, Ste 420
San Diego CA 92101

